# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF MISSOURI
# (ST. LOUIS)

GREG CLEMENT,

      Plaintiff,

      v.

CARTER-YOUNG, INC., et al.,

      Defendants.

Civil Action No. 4:18-cv-00074-AGF

## **ENTRY OF APPEARANCE**

COMES NOW Peter Corsale of Polsinelli PC and hereby enters his appearance on behalf of Defendant Equifax Information Services, LLC.

Respectfully submitted this 9th day of February 2018.

      Respectfully submitted,

      POLSINELLI PC

      By:  /s/ Peter Corsale_____
           Peter A. Corsale, #57220
           100 S. Fourth Street, Suite 1000
           St. Louis, MO 63102
           Telephone:  (314) 889-8000
           Facsimile:  (314) 231-1776 Fax
           pcorsale@polsinelli.com

           ATTORNEYS FOR DEFENDANT
           EQUIFAX INFORMATION SERVICES,
           LLC

2

**CERTIFICATE OF SERVICE**

  This is to certify that a true and correct copy of the above and foregoing has been served on the parties of record by using the Court's CM/ECF system:

Matthew P. Cook
P.O. Box 220342
St. Louis, MO 63122

Robert J. Schuckit
SCHUCKIT AND ASSOCIATES, P.C.
4545 Northwestern Drive
Zionsville, IN 46077

This 9th day of February, 2018.

                /s/ *Peter Corsale*
                Peter Corsale