**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF MISSOURI**
**(ST. LOUIS)**

GREG CLEMENT,

       Plaintiff,

       v.

CARTER-YOUNG, INC., et al.,

       Defendants.

Civil Action No. 4:18-cv-00074-AGF

## DEFENDANT EQUIFAX INFORMATION SERVICES LLC'S CORPORATE DISCLOSURE STATEMENT

Defendant Equifax Information Services LLC ("Equifax") submits the following Corporate Disclosure Statement:

Equifax is a wholly-owned subsidiary of Equifax Inc., which is a publicly traded company.

Respectfully submitted this 9th day of February, 2018.

       Respectfully submitted,

       POLSINELLI PC

       By:  /s/ Peter Corsale
            Peter A. Corsale, #57220
            100 S. Fourth Street, Suite 1000
            St. Louis, MO 63102
            Telephone:  (314) 889-8000
            Facsimile:  (314) 231-1776 Fax
            pcorsale@polsinelli.com

       ATTORNEYS FOR DEFENDANT
       EQUIFAX INFORMATION SERVICES,
       LLC

## CERTIFICATE OF SERVICE

This is to certify that a true and correct copy of the above and foregoing has been served on the parties of record by using the Court's CM/ECF system:

Matthew P. Cook
P.O. Box 220342
St. Louis, MO 63122

Robert J. Schuckit
SCHUCKIT AND ASSOCIATES, P.C.
4545 Northwestern Drive
Zionsville, IN 46077

This 9th day of February, 2018.

/s/ *Peter Corsale*
Peter Corsale